IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>PEREZ, et al.,<br><br>    Defendants. | 1:07-CV-00141-AWI-WMW-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of her prison trust account statement. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, the copy of plaintiff's prison trust account statement was not certified and did not include the six month period immediately preceding the filing of the complaint.   8 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $350.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

        2. Within thirty days of the date of service of this order, plaintiff shall submit a

1 completed application to proceed in forma pauperis and a certified copy of his prison trust account
2 statement for the six month period immediately preceding the filing of the complaint, or in the
3 alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a
4 recommendation that this action be dismissed.

5 IT IS SO ORDERED.

6 **Dated:   March 13, 2007**              /s/  **William M. Wunderlich**
  j14hj0                                 UNITED STATES MAGISTRATE JUDGE

2