UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA RODRIGUEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　Defendants. | 1:07-CV-00141-AWI-WMW-P<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>(Doc. 5) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2007, plaintiff filed a motion for an extension of time to submit a new application to proceed in forma pauperis and a certified copy of her trust account statement, or pay the $350.00 filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit a new application to proceed in forma pauperis and a certified copy of her trust account statement, or in the alternative, to pay the $350.00 filing fee for this action, pursuant to the court's order of March 13, 2007.

IT IS SO ORDERED.

**Dated:**　April 10, 2007　　　　　　　　　／s／ William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE